# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

Robert P. Young, Jr.,
Chief Justice

144014

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re HUDSON/SWORD, Minors.

SC: 144014
COA: 302214
Oakland Circuit Court
Family Division:
2008-752541-NA

_____/

On order of the Court, the application for leave to appeal the October 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

y1122